# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 28, 2015

The Honorable Jack B. Weinstein
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>U.S.A. v. Eric Lustig, 15-CR-137 (JBW)</u>

Your Honor:

I am writing to request a temporary modification of Mr. Lustig's bond. The modification is to permit him to travel to Pennsylvania from January 1 through January 10, 2016 in order to visit family. Assistant U.S. Attorney David Kessler and U.S. Pretrial Officer Michael Ilaria have no objection to this request.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc: Assistant U.S. Attorney David Kessler, Esq.
U.S. Pretrial Services Officer Michael Ilaria
ECF