**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 24, 2016

The Honorable Jack B. Weinstein
Senior U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>U.S.A. v. Eric Lustig, 15-CR-137 (JBW)</u>

Your Honor:

    Enclosed please find a copy of Mr. Lustig's letter to the Court, which he read into the record at sentencing. We have provided a copy of the letter to the government, but we have not filed it on ECF given the sensitive nature of the material.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

enc.

cc:    Assistant U.S. Attorney David Kessler, Esq.
       ECF